UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABID-CASTELO,<br><br>  Plaintiff,<br><br>v.<br><br>ITW FOOD EQUIPMENT GROUP LLC,<br><br>  Defendant. | Case No. 24-cv-02813-JST<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Re: ECF No. 11 |

On June 6, 2024, Defendant withdrew its Notice of Removal, such that the case may be remanded back to state court. ECF No. 11. The Court hereby orders this case to be remanded to state court.

**IT IS SO ORDERED.**

Dated: June 12, 2024



_____
JON S. TIGAR
United States District Judge